No. 94–1472. ALEXANDER, CO-ADMINISTRATOR OF THE ESTATE OF COLEMAN, DECEASED, ET AL. *v.* HERBERT ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–1480. GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–1487. MARTIN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–1493. MERVIS *v.* UNITED STATES; and
No. 94–8462. ZEHRBACH *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 94–1499. RATLIFF *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–1502. DUQUESNE LIGHT CO. *v.* CLAUS.  C. A. 3d Cir.  Certiorari denied.

No. 94–1503. NORTH CAROLINA DEPARTMENT OF AGRICULTURE *v.* PARKER.  C. A. 4th Cir.  Certiorari denied.

No. 94–1504. MARKS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–1505. JACKSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–1510. AU *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 94–1526. BELL *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 94–1547. DEVOLL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–7281. JONES, AKA TILLMAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–7377. LONGNECKER *v.* KELLEY.  Sup. Ct. Pa.  Certiorari denied.

No. 94–7413. JONES *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.